# UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| FAALON ANDREWS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>YOUNG CONSULTING, LLC,<br><br>   Defendant. | Case No. 1:24-cv-03938-TWT |
| MARINA BICHOFFE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>YOUNG CONSULTING, LLC,<br><br>   Defendant. | Case No. 1:24-cv-03940-TWT |
| MICHAEL XAVIER, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>YOUNG CONSULTING, LLC,<br><br>   Defendant. | Case No. 1:24-cv-03961-TWT |

| | |
|---|---|
| JON HENSON and LAUREN HENSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>YOUNG CONSULTING, LLC,<br><br>   Defendant. | Case No. 1:24-cv-03981-TWT |
| JAMES KELLY, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>YOUNG CONSULTING, LLC,<br><br>   Defendant. | Case No. 1:24-cv-04014-TWT |
| GIULIO MECOCCI,<br><br>   Plaintiff,<br><br>v.<br><br>YOUNG CONSULTING, LLC,<br><br>   Defendant. | Case No. 1:24-cv-04045-TWT |
| MARK SWEITZER, on behalf of himself and on behalf of all others similarly situated individuals,<br><br>   Plaintiff,<br><br>v.<br><br>YOUNG CONSULTING, LLC,<br><br>   Defendant. | Case No. 1:24-cv-04053-TWT |

| | |
|---|---|
| ANN WASSERMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>YOUNG CONSULTING, LLC, and CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA,<br><br>      Defendants. | Case No. 1:24-cv-04119-TWT |
| JAMIE TURNER, on behalf of herself all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>YOUNG CONSULTING, LLC,<br><br>      Defendant. | Case No. 1:24-cv-04267-TWT |
| DAMIAN UNDERWOOD, as a parent and legal guardian of his minor child S.R. on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>YOUNG CONSULTING, LLC,<br><br>      Defendant. | Case No. 1:24-cv-04319-TWT |

| | |
|---|---|
| DAMIEN POTTINGER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>YOUNG CONSULTING, LLC,<br><br>　　　　　Defendant. | Case No. 1:24-cv-04318-TWT |

## ORDER CONSOLIDATING ACTIONS

Upon review of Plaintiffs Joint Motion for Consolidation and it appearing to the Court that consolidation will avoid expense and delay, and for good cause shown, this Honorable Court hereby **GRANTS** Plaintiffs' Motion. It is hereby **ORDERED**:

1.　*Bichoffe v. Young Consulting, LLC*, 1:24-cv-03940-TWT; *Xavier v. Young Consulting, LLC*, 1:24-cv-03961-TWT; *Henson and Henson v. Young Consulting, LLC*, 1:24-cv-03981-TWT; *Kelly v. Young Consulting, LLC*, 1:24-c-04014-TWT; *Mecocci v. Young Consulting, LLC*, 1:24-cv-04045-TWT; *Sweitzer v. Young Consulting*, LLC, 1:24-cv-04053-TWT; *Wasserman v. Young Consulting, LLC and California Physicians' Service d/b/a Blue Shield of California*, 1:24-cv-04119-TWT; *Turner v. Young Consulting, LLC,* 1:24-cv-04267-TWT; *Underwood v. Young Consulting, LLC,* 1:24-cv-04319-TWT; and *Pottinger v. Young Consulting, LLC,* 1:24-cv-04318-TWT, are hereby consolidated under the first filed action in the Northern District of Georgia, *Andrews v. Young Consulting, LLC*, 1:24-cv-03938-

TWT. Going forward, the Consolidated Action is captioned as *In Re: Young Consulting Data Breach Litigation,* Case No. 1:24-cv-03938-TWT.

2. All papers filed in the Consolidated Action shall be filed under Case No. 1:24-cv-03938-TWT, the number assigned to the first-filed case.

3. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes.

4. By virtue of the Consolidation Order, Defendants are not required to respond to the complaint filed in each individual case, and all of Defendants' response deadlines with respect to those complaints are stayed.

5. The Court orders Counsel for Plaintiffs in the Actions to file a motion seeking appointment of interim counsel pursuant to Fed. R. Civ. P. 23(g) within fourteen (14) days of this Order.

6. The Court Orders Plaintiffs to file a consolidated complaint within thirty (30) days of the Court's ruling on Plaintiffs' Motion to Appoint Interim Co-Lead Class Counsel and Liaison Counsel.

SO ORDERED this 27th day of February 2025.

The Honorable Thomas W. Thrash, Jr.
United States District Judge